BEFORE THE FIRST DIVISION, MAY 23, 1939

No. 41371.—Protests 619497-G, etc., of Guy T. Gibson, Inc., et al. (New York).

Opinion by Sullivan, J. It was stipulated that the merchandise consists of paper-covered boxes which are not containers, the same as those the subject of Abstract 34848. The claim at 5 cents per pound and 20 percent ad valorem under paragraph 1405 was therefore sustained.